# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTURO SANCHEZ,<br><br>    Petitioner,<br><br>    v.<br><br>W.J. SULLIVAN (Warden),<br><br>    Respondent. | No. CV 02-6227-TJH(CW)<br><br>JUDGMENT |

**IT IS ADJUDGED** that the petition for writ of habeas corpus is denied and the action dismissed with prejudice.

DATED: 8/31/11

TERRY J. HATTER, JR.
United States District Judge